THOMAS NAYLOR, as Administrator, etc., of ARTHUR NAYLOR, Deceased, Respondent, v. EASTERN AUTOMOBILE FORWARDING COMPANY, INC., and Others, Appellants. (Action No. 5.) — Same decision and like cause of action as in companion case of *Skidmore* v. *Eastern Automobile Forwarding Company, Inc., No. 2 (ante,* p. 683), decided herewith. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

JAMES P. HANRAHAN, as Administrator, etc., of HELEN HANRAHAN NAYLOR, Deceased, Respondent, v. EASTERN AUTOMOBILE FORWARDING COMPANY, INC., and Others, Appellants. (Action No. 6.) — Same decision and like cause of action as in companion case of *Skidmore* v. *Eastern Automobile Forwarding Company, Inc., No. 2 (ante,* p. 683), decided herewith. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

MICHAEL PALMA and Another, Respondents, v. NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, Appellant, and Another— Reargument ordered. [See 240 App. Div. 454.] Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

EDWARD H. O'HARA, Plaintiff, v. JOHN N. DERSCHUG, Defendant.— Motion for extension of time for payment of costs as a condition for serving amended complaint granted, and time extended to November twenty-seventh. Present — Sears, P. J., Taylor, Thompson and Crosby, JJ.

TEKLA TUZINSKA, Respondent, v. THE OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, Appellant, and Another, Defendant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

In the Matter of the Application of JOSEPH H. STANFORD, Respondent, for a Mandamus Order against GEORGE J. SUMMERS, as Commissioner of Public Works, WILLIAM ECKERT, as Comptroller of the City of Buffalo, Appellants, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. (Cf. *N. Y. C. & H. R. R. R. Co.* v. *Kinney,* 260 U. S. 340, in view of the allegation in the original petition that " no complaints had been made or charges placed against him [petitioner] by any of his superior officers.") (Buffalo City Charter, § 444.)* All concur. (The order grants petitioner's motion to amend his petition for an order of mandamus in a proceeding to compel reinstatement as meter repairer.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

NELSON CALLAHAN, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 20186.) — Judgment affirmed, with costs. All concur. (The judgment awards claimant the difference between wages received and the prevailing wage.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

FRANK PITULA, Respondent, v. ANDREW BOBEK, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur, except Crosby, J., who dissents and votes for reversal on the law and for granting the motion. (The order denies a motion to dismiss the complaint in an action by building contractor of mortgagor against mortgagee to recover money received under fire insurance policy.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

* See Local Laws of 1932, p. 106.— [REP.